THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT D. PEART, Appellant.—

Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.